## TOLEDO, PEORIA & WARSAW RAILWAY CO.

### *v.*

### BENJAMIN HOBBLE.

NEW TRIAL—*verdict against the evidence.* In this case, the verdict of the jury is regarded as sustained by the evidence.

APPEAL from the Circuit Court of Peoria county; the Hon. S. D. PUTERBAUGH, Judge, presiding.

This was an action on the case, brought by Hobble against the railway company to recover the value of a horse killed by a train of cars on the railway of the defendant, through the alleged negligence of the latter. A trial by jury resulted in a verdict and judgment in favor of the plaintiff for $160, to reverse which judgment the defendant appeals.

Messrs. INGERSOLL & McCUNE, for the appellant.

Messrs. McCULLOCH & RICE, for the appellee.

Per CURIAM: No question of law is presented for our consideration.

We have reviewed the evidence and affirm the judgment.

*Judgment affirmed.*